IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCUS ORLANDO TAITE, #180664, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:13cv291-WHA |
| | ) | |
| ALABAMA PRESIDENT PRO TEMPORE, | ) | (WO) |
| et al., | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

On May 24, 2013, the Magistrate Judge entered a Recommendation in this case. Although the Petitioner has made several other filings since that time, no timely objection has been filed to the Magistrate Judge's Recommendation.  For that reason, and because after a full review of the file, the court agrees, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

This case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

DONE this 17th day of June, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE