IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCUS ORLANDO TAITE, # 180664, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ALABAMA PRESIDENT PRO TEMPORE, )<br>et al., )<br>)<br>Respondents. ) | CIVIL ACTION NO. 2:13cv291-WHA<br><br>(WO) |

### **ORDER**

Petitioner has filed a document (Doc. No.22) construed by this court as a Motion for Reconsideration of its order of June 17, 2003, transferring this case to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d) (*see* Doc No. 21).  Upon consideration of this motion, it is hereby

ORDERED that the Motion for Reconsideration (Doc. No. 22) is DENIED.

DONE this 23rd day of August, 2013.


      /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE